1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL R. FUENTES, | ) | Case No. CV 11-1912 PA (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MIKE D. McDONALD, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 2, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE